```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18512
    SHARONDA D PHILLIPS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5619


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/09/2007 and was confirmed 12/19/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

      The case was dismissed after confirmation 04/30/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    13093.27              .00        535.30
MONTEREY FINANCIAL        SECURED            625.00              .00         26.30
MONTEREY FINANCIAL        UNSECURED          625.43              .00           .00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED             .00           .00
AFFINITY CASH LOANS       UNSECURED        NOT FILED             .00           .00
ALLIED INTERSTATE         UNSECURED        NOT FILED             .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED        NOT FILED             .00           .00
CHARTER ONE BANK          UNSECURED        NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED             .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1183.84              .00           .00
COMCAST                   UNSECURED        NOT FILED             .00           .00
COMMONWEALTH EDISON       UNSECURED          498.05              .00           .00
ECAST SETTLEMENT CORP     UNSECURED          514.02              .00           .00
ILLINOIS LENDING GROUP    UNSECURED          402.25              .00           .00
LOU HARRIS COMPANY        UNSECURED             .00              .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          993.63              .00           .00
NCO                       UNSECURED        NOT FILED             .00           .00
NCO                       UNSECURED        NOT FILED             .00           .00
NICOR GAS                 UNSECURED        NOT FILED             .00           .00
PROFFESSIONAL ACCOUNT MG  UNSECURED        NOT FILED             .00           .00
TELECHECK SERVICES        UNSECURED        NOT FILED             .00           .00
TELECHECK SERVICES        UNSECURED             .00              .00           .00
TRIBUTE                   NOTICE ONLY     NOT FILED              .00           .00
WOW INTERNET AND CABLE    UNSECURED        NOT FILED             .00           .00
CAPITAL ONE AUTO FINANCE  UNSECURED        NOT FILED             .00           .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      306.33              .00         139.39
CLARA PHILIPS             NOTICE ONLY     NOT FILED              .00           .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,500.00                            .00
TOM VAUGHN                TRUSTEE                                             47.93
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18512 SHARONDA D PHILLIPS
```

```
------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      748.92

PRIORITY                                            139.39
SECURED                                             561.60
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                 47.93
DEBTOR REFUND                                          .00
                         ---------------     ---------------
TOTALS                       748.92                 748.92
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 07/22/08          _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 18512 SHARONDA D PHILLIPS